August Peschmanns, Respondent, v. National Surety Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Park & Tilford, Appellant, v. Realty Advertising and Supply Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.; Clarke, P. J., dissented and voted to modify by reducing judgment to the sum of $1,769.39.

Amelia J. Court, Appellant, v. The Bankers Trust Company, Trustee, as Successor by Merger of the Mercantile Trust Company, Trustee, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve a further amended complaint on payment of costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

John F. Leikert, Jr., Appellant, v. Joseph M. Byrne and Others, Copartners, etc., Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Louise Albrite, as Administratrix, etc., Respondent, v. Thompson-Starrett Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.; McLaughlin, J., dissented.

Louis P. Reeder, Respondent, v. William W. Ferguson, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Franco-American Chemical Company, Inc., and Others, Respondents, v. Import Chemical Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Emanuel Novotny, by His Guardian ad Litem, Frank Kruchner, Appellant, v. Livingston Radiator and Manufacturing Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Jack T. Harris and Another, Respondents, v. Gustavus L. Lawrence, Appellant. — Determination affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.